IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANNE E. BAKKEN,

                        Plaintiff,

    v.

MERRICK MANAGEMENT GROUP, LLC,

                        Defendant.

ORDER

11-cv-332-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Anne E. Bakken brought this civil suit against defendant Merrick Management Group, LLC under the Family and Medical Leave Act. 29 U.S.C. §§ 2601-2654. Defendant has filed a motion for summary judgment. Dkt. #15. Both parties are relying on the terms of defendant's short-term disability policy issued by Mutual of Omaha Insurance Company. However, neither party submitted the policy. Although both parties filed declarations describing the terms of the policy, Merrick Decl., dkt. #20, at ¶ 7; Morris Decl., dkt. #18, at ¶ 14; Bakken Decl., dkt. #22, at ¶ 2, these declarations are inadmissible because they violate the best evidence rule. Fed. R. Evid. 1002; <u>Dye v. U.S.</u>, 360 F.3d 744, 750 (7th Cir. 2004). Because plaintiff bears the burden of proof, I will give plaintiff two days to submit the policy in order to properly support its proposed finding of fact. Fed. R. Civ. P. 56(e)(1).

1

ORDER

IT IS ORDERED that plaintiff Anne E. Bakken has until May 25, 2012 to file with the court defendant Merrick Management Group, LLC's short-term disability policy issued by Mutual of Omaha Insurance Company; if plaintiff does not submit the policy by that time, the court will disregard the proposed findings of fact.

Entered this 23rd day of May, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge